THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN JOSE PEQUE, Also Known as JUAN JOSE PEQUE SICAJAN, Appellant.

Submitted January 9, 2012; decided January 12, 2012

Reported below, 88 AD3d 1024.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT ARTIS, Appellant, v JAMES KRALIK et al., Respondents.

Submitted November 21, 2011; decided January 12, 2012

Reported below, 2011 NY Slip Op 66570(U); 2011 NY Slip Op 77485(U).

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JOHN RICHARD, Appellant, v MARY BATRONEY et al., Respondents.

Submitted November 28, 2011; decided January 12, 2012

Reported below, 2011 NY Slip Op 77201(U); 2011 NY Slip Op 83848(U).

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.